IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMILIANO JONES,

    Plaintiff,

vs.                              CASE NO.: 1:06-CV-099-SPM

WEHBE JAMMIC, INC., a Florida
corporation, d/b/a DOMINO'S PIZZA
#5150,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Stipulation of Dismissal With Prejudice" (doc. 10) filed June 22, 2006 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice.

2.    Each party shall bear its own attorney's fees and costs.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-third</u> day of June, 2006.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge